Arizona Fire Insurance Company, appellant, v. Alexander Smullan, trading as Alexander Smullan & Company, appellee. Gen. No. 23,687.

Action to recover premiums collected by defendant as agent. Judgment for defendant on set-off for unjustifiable revocation of contract. Appeal from the Municipal Court of Chicago; the Hon. Charles N. Goodnow, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed October 15, 1918. Rehearing denied October 25, 1918.

William McKinley, Luther F. Binkley and Levi Davis, for appellant. Paden & Kropf, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Alfred H. Smith, appellee, v. Frankfort General Insurance Company, appellant. Gen. No. 23,723.

Action against indorser of note. Judgment for plaintiff on issue of waiver of presentment. Appeal from the Municipal Court of Chicago; the Hon. Sheridan E. Fry, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed with finding of facts. Opinion filed October 15, 1918.

Bulkley, More & Tallmadge, for appellant. Eric Winters, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

William R. Mumford et al., appellants, v. Thomas Donaldson, appellee. Gen. No. 23,733.

Action to recover balance due on purchases on Board of Trade. Judgment for defendant on defense of gambling character of transaction. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed and remanded. Opinion filed October 15, 1918.

Richard H. Peterson, for appellants. Richard J. Cooney and John A. Verhoeven, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Flora Taylor, appellee, v. Hugh E. Whitney, appellant. Gen. No. 23,739.

Action to recover commission on sale of realty. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Dennis W. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed and remanded. Opinion filed October 15, 1918.

Reuel H. Grunewald, for appellant. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

James S. Knight, appellee, v. J. Cohen, appellant. Gen. No. 23,750.

Judgment for rent on directed verdict following opening of judgment by confession under power in the lease. Appeal from the Municipal Court of Chicago; the Hon. Charles N. Goodnow, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed October 15, 1918.

Paul F. Compart, for appellant; Robert D. Melick, of counsel. William G. Wise, for appellee.

Mr. Justice Matchett delivered the opinion of the court.